*Beker Industries Corp. v. United States,* 7 CIT at 203, 585 F. Supp. at 668.

U.H.F.C. Co., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 83–11–01598

(Dated August 19, 1991)

### JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the *Final Results of Redetermination Pursuant to Court Remand,* issued by the United States Department of Commerce and Dated January 31, 1991 (hereinafter, "Remand Results"), plaintiff's statement of intent not to contest same, and upon due deliberation, it is hereby—

ORDERED, ADJUDGED AND DECREED, that the *Final Results of Redetermination Pursuant to Court Remand* are affirmed, and that this case is hereby dismissed.